September 5, 1967

## Commonwealth ex rel. Colucci, Appellant, *v.* Child Care Service of Delaware County.

Argued June 13, 1967. *I. B. Sinclair*, with him *Bell, Pugh, Sinclair & Prodoehl*, for appellant; *Stephen J. McEwen, Jr.*, Assistant County Solicitor, with him *Joseph W. DeFuria*, Assistant County Solicitor, and *Edward H. P. Fronefield*, County Solicitor, for Child Care Service of Delaware County, appellee; *Reese A. Davis*, with him *Greenwell, Porter, Smaltz & Royal*, for appellee.

Order affirmed.

WRIGHT, J., absent.

## Commonwealth *v.* Bostic, Appellant.

Argued June 14, 1967. *John P. Yatsko*, with him *Fitzgerald & Yatsko*, for appellant; *Henry T. Crocker*, Assistant District Attorney, with him *Richard A. Devlin*, Assistant District Attorney, and *Richard S. Lowe*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.